# MINUTE ORDER

Page 28

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor  Date: 11/16/2021  Time: 2:00 p.m.

Defendant: PEDRO SALINA  J#: 02581-506  Case #: 21-MJ-4235-OTAZO-REYES

AUSA: Annie Martinez  Attorney:

Violation: Warr/ED/VA/Complaint/Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel

Surr/Arrest Date: 11/15/2021  YOB: 1988

Proceeding: Initial Appearance  CJA Appt: David Donet

Bond/PTD Held: ☐ Yes ☑ No  Recommended Bond:

Bond Set at: Temporary PTD  Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Brady Warning
Rights
Sworn
Indigent
CJA csl appt

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:  Time:  Judge:  Place:

Report RE Counsel:
PTD/Bond Hearing: 11/19 10:00 a.m. Duty Miami
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:13:40, 16:25:36, 17:03:51  Time in Court: 10 min

s/Alicia M. Otazo-Reyes  Magistrate Judge