# COURT MINUTES
Page 20

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor        Date: 11/19/21    Time: 10:00 a.m.

Defendant: Pedro Salina            J#: 02581-506   Case #: 21-4235-Otazo-Reyes
AUSA: Eric Morales                 Attorney: David Donet, Jr.-CJA
Violation: Warr/Cmp/ED/VA/Man/Distr/Poss/Cocaine on Board Vessel
Proceeding: Detention/Removal                    CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No          Recommended Bond: Temp. Ptd
Bond Set at: $50k CSB Nebbia (ship)   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
*Brady Warning Previously Given*

- Stipulated bond entered
- U.S. changed bond request

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:  7/12/1   10:00 a.m.   Duty   Miami
Status Conference RE:
D.A.R. 11:58:49                              Time in Court: 4 min