# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

Atkins Building Courthouse - 3rd Floor          Date: 12/1/21     Time: 10:00 a.m.

Defendant: Pedro Salina            J#: 02581-506   Case #: 21-4235-OTAZO-REYES
AUSA: Alejandra Lopez              Attorney: David Donet, CJA
Violation: Warr/Complt/ED-VA/Manufacture, Distribution or Possession of Cocaine on a Vessel
Proceeding: Removal Hearing                     CJA Appt:
Bond/PTD Held: ⬚ Yes  ⬚ No      Recommended Bond:
Bond Set at: $250,000 corporate surety w/nebbia - STIP     Co-signed by:

- ⬚ Surrender and/or do not obtain passports/travel docs
- ⬚ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ⬚ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ⬚ Refrain from excessive use of alcohol
- ⬚ Participate in mental health assessment & treatment
- ⬚ Maintain or seek full-time employment/education
- ⬚ No contact with victims/witnesses
- ⬚ No firearms
- ⬚ Not to encumber property
- ⬚ May not visit transportation establishments
- ⬚ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ⬚ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ⬚ Travel extended to: _____
- ⬚ Other:

Language: Spanish

Disposition:
- Deft Waived Removal
- Warrant of Removal issued

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:      Time:      Judge:      Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 11:06:36              Time in Court: 4 minutes