BNDDUTY,CLOSED,INTERPRETER

# U.S. District Court
# Southern District of Florida (Miami)
# CRIMINAL DOCKET FOR CASE #: 1:21−mj−04235−AOR−1

Case title: USA v. Salina

Date Filed: 11/16/2021

Other court case number: 21−mj−111 Eastern District of Virginia

Date Terminated: 12/01/2021

Assigned to: Magistrate Judge Alicia M. Otazo−Reyes

### Defendant (1)

**Pedro Salina**
02581−506
*YOB: 1988; Spanish*
*TERMINATED: 12/01/2021*

represented by **David Antonio Donet , Jr.**
Donet, McMillan & Trontz, PA
3250 Mary Street
Suite 406
Coconut Grove, FL 33133
305−444−0030
Fax: 305−444−0039
Email: donet@dmt−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| Warr/ED/VA/Complaint/Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel | |

1

**Plaintiff**

**USA**                                          represented by  **Noticing AUSA CR TP/SR**
                                                 Email: Usafls.transferprob@usdoj.gov
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/16/2021 | 1 | | Magistrate Removal of Complaint from Eastern District of Virginia Case number in the other District 21−mj−111 as to Pedro Salina (1). (kss) (Entered: 11/17/2021) |
| 11/16/2021 | 2 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: Initial Appearance as to Pedro Salina held on 11/16/2021. Bond recommendation/set: Pedro Salina (1) TEMPORARY Pretrial Detention (NO HEARING HELD). Date of Location Custody (Arrest or Surrender): 11/15/2021. Detention Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Spanish Interpreter present. Attorney added: David Antonio Donet, Jr for Pedro Salina for **REMOVAL/RULE 5 to another District** CJA representation. Date attorney was appointed CJA: 11/16/2021. (Digital 14:13:40; 16:25:36; 17:03:51) <br><br> It is ORDERED AND ADJUDGED that pursuant to the Due Process Protections Act, the Court confirms the United States obligation to disclose to the defendant all exculpatory evidence– that is, evidence that favors the defendant or casts doubt on the United States case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and ORDERS the United States to do so. The government has a duty to disclose any evidence that goes to negating the defendants guilt, the credibility of a witness, or that would reduce a potential sentence. The defendant is entitled to this information without a request. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court. Signed by Magistrate Judge Alicia M. Otazo−Reyes on 11/16/2021. (fbn) (Entered: 11/19/2021) |
| 11/18/2021 | | | Set/Reset Hearings as to Pedro Salina: Detention Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 11/18/2021) |
| 11/19/2021 | 3 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo−Reyes: Status Conference Re: Pretrial Detention and Removal Hearings as to Pedro Salina held on 11/19/2021. Government changed bond request. Bond Set: STIPULATED $250,000 corporate surety with nebbia, with the right to revisit. (Removal Hearing RESET for 12/1/2021 10:00 AM in Miami Division before MIA Duty Magistrate). Spanish Interpreter present. (Digital 11:58:49) Signed by Magistrate Judge Alicia M. Otazo−Reyes on 11/19/2021. (mdc) (Entered: 11/22/2021) |

| 11/19/2021 | | | Terminate Pretrial Detention Hearing as to Pedro Salina. Parties STIPULATED to $250,000 corporate surety with nebbia. (mdc) (Entered: 11/22/2021) |
|---|---|---|---|
| 11/22/2021 | | | Set/Reset Hearings as to Pedro Salina: Removal Hearing reset for 12/1/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 11/22/2021) |
| 12/01/2021 | 4 | | Minute Entry for proceedings held before Magistrate Judge Lisette M. Reid: Status Conference re: removal as to Pedro Salina held on 12/1/2021. THE DEFENDANT WAIVED REMOVAL AND WAS ORDERED REMOVED TO THE EASTERN DISTRICT OF VIRGINIA. Spanish Interpreter present. (Digital 11:06:36) (cg1) (Entered: 12/01/2021) |
| 12/01/2021 | 5 | | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Pedro Salina (cg1) (Entered: 12/01/2021) |
| 12/01/2021 | 6 | | COMMITMENT TO ANOTHER DISTRICT as to Pedro Salina. Defendant committed to the Eastern District of Virginia. Closing Case for Defendant. Signed by Magistrate Judge Lisette M. Reid on 12/1/2021. *See attached document for full details.* (cg1) (Entered: 12/01/2021) |

AO 91 (Rev. 11/11) Criminal Complaint

FILED BY _____ KS _____ D.C.

**Nov 16, 2021**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FILED

NOV 1 2 2021

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | **UNDER SEAL** |
| v. | ) | |
| | ) | Case No. 4:21mj \|\|\| |
| PEDRO SALINA | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2021 in the Eastern District of Virginia, the defendant(s) violated:

| Code Section(s) | Offense Description(s) |
|---|---|
| 46 U.S.C. § 70503 | Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel |

This criminal complaint is based on these facts: Please see attached Affidavit.

☒ Continued on the attached sheet.

READ AND APPROVED:

_____/s/_____
Eric M. Hurt,
Assistant United States Attorney

_____
*Complainant's signature*

Brad Smith, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____November 12, 2021_____

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, United States Magistrate Judge
*Printed name and title*

A TRUE COPY. TESTE
CLERK, U.S. DISTRICT COURT

BY_____
DEPUTY CLERK

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT/ARREST WARRANT

I, Brad Smith, Special Agent, Drug Enforcement Administration (DEA), Hampton, Virginia, being duly sworn, state the following:

1.    I am a Special Agent with the United States Drug Enforcement Administration (DEA), where I have worked since November 2003. Before joining the DEA, I was a police officer for seven years in Hampton, Virginia, spending three of those years assigned to a narcotics investigation unit and two years as a Task Force Agent assigned to the Bureau of Alcohol, Tobacco and Firearms (ATF). With DEA I was assigned to the DEA Miami Field Division until October 2016 when I transferred to the Washington Field Division and am currently assigned to the Hampton Post of Duty. I have received specialized training regarding the detection and investigation of drug trafficking organizations while with the police department and the DEA. I have also acquired knowledge regarding these subject areas through practical experience by participating in narcotics investigations during my work with the police department and DEA.

2.    I have probable cause to believe that Carlos GUERRA, Anthony FERNANDEZ, Wuarvi VASQUEZ, Julio GUTIERREZ, Pedro SALINA, Carlos MARVAL, Leonaldo TORRES, Daimel MENDOZA, Adolfo LOPEZ and Mario NATERA have committed the following offense in violation of federal law: Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503). Your affiant is aware these crimes may be prosecuted in any district of the United States. (46 U.S.C. § 70504).

## PROBABLE CAUSE IN SUPPORT OF ARREST WARRANT

1.    Since November 2018, the DEA Hampton Post of Duty, in partnership with Homeland Security Investigations Norfolk and DEA Bogota, have been investigating maritime

smuggling operations based on the Pacific coast of Colombia as well as throughout the Caribbean. Your affiant is aware that drug trafficking organizations will utilize vessels such as Go-Fast Vessels, hereafter referred to as GFV, and commercial fishing vessels, hereafter referred to as FV, to transport multi-hundred kilogram shipments of narcotics from source countries to awaiting transfer vessels or other destinations with final distribution being the United States of America.

2.      On November 1, 2021, a Marine Patrol Aircraft detected a target of interest, later identified as the Venezuelan flagged FV Marin Ysubel, approximately 125NM SW of Isla de Aves, Venezuela. The Marine Patrol Aircraft also observed the FV towing a GFV. On November 2, 2021, the United States Coast Guard Cutter RAYMOND EVANS arrived in the area and located the FV in international waters.

3.      Overnight starting on November 2, 2021, United States Coast Guard personnel from the Cutter RAYMOND EVANS observed people or equipment transferring packages from the GFV to the FV. Upon observing the presence of the United States Coast Guard, the GFV departed the area severing the towline from the FV. As the GFV fled at a high rate of speed the crew members jettisoned packages overboard. The jettisoned packages, totaling approximately 1,410 kilograms of a substance that tested positive for detectable amount of cocaine, were recovered but the GFV and its crew eluded capture.

4.      The recognized government of Venezuela acknowledged registration of the FV Marin Ysubel and the Coast Guard Cutter RAYMOND EVANS conducted Right of Approach questioning with the FV Marin Ysubel and its crew of two Dominican nationals, identified as Carlos GUERRA and Anthony FERNANDEZ and eight Venezuelan nationals identified as Wuarvi VASQUEZ, Julio GUTIERREZ, Pedro SALINA, Carlos MARVAL,

Leonaldo TORRES, Daimel MENDOZA, Adolfo LOPEZ and Mario NATERA. A Statement of No Objection under provisions of the Venezuelan DIPNOTE, dated 08 APR 2021 was issued. United States Coast Guard personnel boarded the FV Marin Ysubel and conducted multiple ion scans that were positive for cocaine in and around the area of the engine room as well as the hands of GUITIERREZ, SALINA, MARVAL, MENDOZA and LOPEZ.

      5.      The FV Marin Ysubel is described as 36 foot long white hulled commercial fishing vessel with an open deck and enclosed engine room with crew quarters. United States Coast Guard personnel stated that the fishing equipment on board the FV Marin Ysubel appeared to be new or only slightly used, no bait fish were found on board and that, despite having been out for two days, there was no catch on board. The crew stated that they were returning to Venezuela the next day, or possibly the following day, asserting that a commercial fishing vessel would plan to return to homeport with no marketable catch therefore losing money for the ten-man crew.

      WHEREFORE, based upon the above information, your Affiant believes probable cause exists to charge Carlos GUERRA, Anthony FERNANDEZ, Wuarvi VASQUEZ, Julio GUTIERREZ, Pedro SALINA, Carlos MARVAL, Leonaldo TORRES, Daimel MENDOZA, Adolfo LOPEZ and Mario NATERA with Manufacture, Distribution, or Possession of a Controlled Substance on a Vessel (46 U.S.C. § 70503).

FURTHER YOUR AFFIANT SAYETH NOT.

Brad Smith, Special Agent
Drug Enforcement Administration

Reviewed by:

Eric M. Hurt
Assistant United States Attorney

Sworn and subscribed to
before me
On this 12th day of November 2021

Robert J. Krask
United States Magistrate Judge
Norfolk, Virginia

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), Magistrate
Judge Alicia M. Otazo-Reyes (otazo-reyes@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21675316@flsd.uscourts.gov
Subject:Activity in Case 1:21-mj-04235-AOR USA v. Salina Set/Reset Hearings
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/18/2021 at 9:35 AM EST and filed on 11/18/2021

| | |
|---|---|
| **Case Name:** | USA v. Salina |
| **Case Number:** | 1:21–mj–04235–AOR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Set/Reset Hearings as to Pedro Salina: Detention Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. Removal Hearing set for 11/19/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl)**

**1:21–mj–04235–AOR–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

**1:21–mj–04235–AOR–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# MINUTE ORDER

Page 28

## Magistrate Judge Alicia M. Otazo-Reyes

### Atkins Building Courthouse - 10th Floor

Date: 11/16/2021  Time: 2:00 p.m.

Defendant: PEDRO SALINA          J#: 02581-506      Case #: 21-MJ-4235-OTAZO-REYES

AUSA: Annie Martinez            Attorney:

Violation: Warr/ED/VA/Complaint/Manufacture, Distribution, or Possession of more than 5 kilograms of Cocaine on a Vessel

Surr/Arrest Date: 11/15/2021      YOB: 1988

Proceeding: Initial Appearance              CJA Appt: David Donet

Bond/PTD Held: ☐ Yes  ☑ No    Recommended Bond:

Bond Set at: Temporary PTD                Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: Spanish

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
Brady Warning
Rights
Sworn
Indigent

CJA Csl Appt

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE  Date:      Time:      Judge:      Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 11/19  10:00 a.m.  Duty Miami

Status Conference RE:

D.A.R. 14:13:40, 16:25:36, 17:03:51    Time in Court: 10 min

s/Alicia M. Otazo-Reyes              Magistrate Judge

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), David Antonio
Donet, Jr (donet@dmt-law.com, paralegals@dmt-law.com), Magistrate Judge Alicia M.
Otazo-Reyes (otazo-reyes@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21685100@flsd.uscourts.gov
Subject:Activity in Case 1:21-mj-04235-AOR USA v. Salina Set/Reset Hearings
Content-Type: text/html
```

### U.S. District Court

### Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/22/2021 at 9:40 AM EST and filed on 11/22/2021

| | |
|---|---|
| **Case Name:** | USA v. Salina |
| **Case Number:** | 1:21-mj-04235-AOR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
 **Set/Reset Hearings as to Pedro Salina: Removal Hearing reset for 12/1/2021 10:00 AM in Miami Division before MIA Duty Magistrate. (sl)**

**1:21-mj-04235-AOR-1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

David Antonio Donet , Jr &nbsp &nbsp donet@dmt-law.com, paralegals@dmt-law.com

**1:21-mj-04235-AOR-1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**

# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**   Date: 11/19/21   Time: 10:00 a.m.

---

Defendant: Pedro Salina            J#: 02581-506   Case #: 21-4235-Otazo-Reyes

AUSA: Eric Morales            Attorney: David Donet, Jr.-CJA

Violation:  Warr/Cmp/ED/VA/Man/Distr/Poss/Cocaine on Board Vessel

Proceeding:  Detention/Removal                    CJA Appt:

Bond/PTD Held: ○ Yes  ✗ No   Recommended Bond: Temp. Ptd

Bond Set at: $150k CSB Nebbia (sig)   Co-signed by:

| | |
|---|---|
| ☐ Surrender and/or do not obtain passports/travel docs | Language:  Spanish |

☐ Report to PTS as  directed/or _____ x's a week/month by
phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or
Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits,
religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**

*Brady Warning Previously Given*

Stipulated bond
entered

U.S. charged
bond request

Time from today to _____ excluded
from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**   Date:      Time:      Judge:      Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:  12/1  10:00 a.m.  Duty  Miami

Status Conference RE:

D.A.R. 11:58:49                    Time in Court: 4 min.

```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Noticing AUSA CR TP/SR (usafls.transferprob@usdoj.gov), David Antonio
Donet, Jr (donet@dmt-law.com, paralegals@dmt-law.com), Magistrate Judge Alicia M.
Otazo-Reyes (otazo-reyes@flsd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:21686311@flsd.uscourts.gov
Subject:Activity in Case 1:21-mj-04235-AOR USA v. Salina Terminate Deadlines and Hearings
```
Content–Type: text/html

## U.S. District Court

## Southern District of Florida

## Notice of Electronic Filing

The following transaction was entered on 11/22/2021 at 12:58 PM EST and filed on 11/19/2021

| | |
|---|---|
| **Case Name:** | USA v. Salina |
| **Case Number:** | 1:21–mj–04235–AOR |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Terminate Pretrial Detention Hearing as to Pedro Salina. Parties STIPULATED to $250,000 corporate surety with nebbia. (mdc)**

**1:21–mj–04235–AOR–1 Notice has been electronically mailed to:**

Noticing AUSA CR TP/SR &nbsp &nbsp Usafls.transferprob@usdoj.gov

David Antonio Donet , Jr &nbsp &nbsp donet@dmt–law.com, paralegals@dmt–law.com

**1:21–mj–04235–AOR–1 Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1–888–318–2260.:**

# COURT MINUTES

## Magistrate Judge Lisette Marie Reid

**Atkins Building Courthouse - 3rd Floor**     Date: 12/1/21    Time: 10:00 a.m.

Defendant: Pedro Salina    J#: 02581-506   Case #: 21-4235-OTAZO-REYES

AUSA: Alejandra Lopez    Attorney: David Donet, CJA

Violation: Warr/Complt/ED-VA/Manufacture, Distribution or Possession of Cocaine on a Vessel

Proceeding: Removal Hearing     CJA Appt:

Bond/PTD Held: ◦ Yes ◦ No    Recommended Bond:

Bond Set at: $250,000 corporate surety w/nebbia - STIP    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs    Language: Spanish

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

**Disposition:**
- Dept Waived Removal
- Warrant of Removal Issued

Time from today to ____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 11:06':36     Time in Court: 4 minutes

14

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No: 21-4235-OTAZO-REYES

United States of America
    Plaintiff,
  v.

                        Charging District's Case No.  4:21mj111

Pedro Salina,
    Defendant.
_____/

### WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the **Eastern District of Virginia.**

I have been informed of the charges and of my rights to:

(1)    retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)    an identity hearing to determine whether I am the person named in the charges;
(3)    production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4)    a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5)    a hearing on any motion by the government for detention;
(6)    request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

☑ An identity hearing and production of the warrant.

☑ A preliminary hearing.

☑ A detention hearing in the Southern District of Florida.

☑ An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:  12/1/21

*Pedro Oliver*
Defendant's Signature

*Lisette Reid*
Lisette Marie Reid
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 21-4235-OTAZO-REYES

UNITED STATES OF AMERICA,

     v.

                        Charging District's Case No. 4:21mj111

Pedro Salina,
(USM# 02581-506)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Eastern District of Virginia.

Juan De Jesus Gonzalez, CJA **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 12/1/21.

Lisette Marie Reid
United States Magistrate Judge